Entered on Docket August 13, 2025

**Below is the Order of the Court.**

_Mary Jo Heston_
**Mary Jo Heston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **CHRISTIANSON, Kayla Rae,** <br> Debtor. <br> ──────────────────── <br> **CHRISTIANSON, Kayla Rae,** <br> Plaintiff, <br> v. <br> **UNITED STATES OF AMERICA ACTING THROUGH THE U.S. DEPARTMENT OF EDUCATION,** <br> Defendant. | Case No. 25-40722 <br><br> Adversary Number: 25-04049 <br><br> **ORDER SUSPENDING ENTRY OF NOTICE OF TRIAL AND ORDER SETTING DEADLINES** |

Upon consideration of the Stipulation to Suspend Entry of Notice of Trial and Order Setting Deadlines in the above-referenced Adversary Proceeding between Plaintiff Kayla Rae Christianson and Defendant Department of Education, whereby pre-trial deadlines and the trial date are temporarily suspended to allow for case evaluation,

It is hereby ORDERED:

ORDER SUSPENDING ENTRY OF NOTICE OF TRIAL AND
ORDER SETTING DEADLINES- 1

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234; gagnierecf@bestbk.com

Case 25-04049-MJH    Doc 8    Filed 08/13/25    Ent. 08/13/25 13:19:34    Pg. 1 of 2

1. The Stipulation to Notice of Trial and Order Setting Deadlines is APPROVED; and,

2. Unless an agreement has been reported to the Court by February 20, 2026, the parties shall send a joint letter to the Court reporting that no settlement has been reached and asking for the deadlines and trial date to be set.

///END OF ORDER///

Jointly Presented by:

Law Offices of Travis Gagnier, Inc., P.S.
Attorneys for Plaintiff

/s/ Travis A. Gagnier
Travis A. Gagnier, WSBA #26379
Gregory Jalbert, WSBA #9440
Of Counsel

and

United States Department of Justice

By: /s/ Kyle A. Forsyth
Kyle A. Forsyth, WSBA #34609
Assistant United States Attorney
U.S. Department of Justice
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101
kyle.forsyth@usdoj.gov

ORDER SUSPENDING ENTRY OF NOTICE OF TRIAL AND
ORDER SETTING DEADLINES- 2

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234; gagnierecf@bestbk.com

Case 25-04049-MJH    Doc 8    Filed 08/13/25    Ent. 08/13/25 13:19:34    Pg. 2 of 2